UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 12CR2576-JAH |
| Plaintiff, | ) | |
| v. | ) | ORDER AND JUDGMENT TO DISMISS THE INDICTMENT |
| MARTIN JOHN RABA, | ) | |
| Defendant. | ) | |

Upon motion of the UNITED STATES OF AMERICA, and good cause appearing,

IT IS HEREBY ORDERED that the Indictment in Case 12CR2576-JAH against defendant MARTIN JOHN RABA be dismissed without prejudice.

IT IS SO ORDERED.

DATED: March 20, 2013.

HONORABLE JOHN A. HOUSTON
United States District Judge